## UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ADAM P. CLERMONT, ESQURE,<br>    Plaintiff /<br>    Defendant-in-Counterclaim<br><br>           v.<br><br>CONTINENTAL CASUALTY CO.<br>    Defendant /<br>    Plaintiff-in-Counterclaim<br><br>           v.<br><br>FREEDMAN, DEROSA & RONDEAU LLP | CIVIL ACTION NO. 3:10-cv-10595 -MAP |

### AMENDED JUDGMENT IN A CIVIL CASE

**Michael A. Ponsor, D.J.**

[ ] **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X] **Decision by the Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED**

**AMENDED JUDGMENT** entered for the defendant Continental Casualty Co., against the plaintiff Adam P. Clermont, Esqure., pursuant to the court's revised memorandum and order entered this date, granting the defendant's motion for summary judgment.

                                                **SARAH A. THORNTON**,
                                                CLERK OF COURT

Dated: March 29, 2011                     By /s/ *Maurice G. Lindsay*
                                                    Maurice G. Lindsay
                                                    Deputy Clerk